May 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

EMERSON HANDY, Appellant

NO. 14-12-00632-CR            V.

THE STATE OF TEXAS, Appellee

_____

     This cause was heard **ON REMAND** from the Court of Criminal Appeals on the transcript of the record of the court below. The record reveals no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, the judgment is modified to reflect court costs of $234.

     The Court orders the judgment be **AFFIRMED** as **MODIFIED**.

     We further order appellant pay all costs expended in the appeal.

     We further order this decision certified below for observance.